

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| MATTHEW FLOREZ AND LEXUS BROWN, | § | No. 08-19-00302-CV |
|  | § | Appeal from the |
| Appellants, | § | 143rd District Court |
| v. | § | of Reeves County, Texas |
|  | § | (TC# 19-07-23056-CVR) |
| PASCUAL Q. OLIBAS, | § |  |
| Appellee. | § |  |
|  | § |  |

## **O R D E R**

Pending before the Court is a motion to substitute counsel filed by James Lucas. The motion is GRANTED. The Court has changed its records to reflect that Mr. Mario A. Gonzalez will be receiving notices on behalf of the Appellee.

IT IS SO ORDERED this 9th day of July, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.